■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. REDDIN, Appellant.—Judgment of the Supreme Court, Queens County, rendered April 26, 1973, affirmed *(People v Crimmins,* 36 NY2d 230; *People v Miller,* 45 AD2d 768). Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.